## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for FIRST NATIONAL BANK OF DAVIS, DAVIS, OKLAHOMA,<br><br>        Plaintiff,<br><br>VS.<br><br>(1) VICTOR E. GARRETT, III a/k/a TREY GARRETT, an individual; et. al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. CIV-12-52-FHS<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to this court's order of November 19, 2012, granting partial summary judgment in favor of the plaintiff and against the defendants Victor Garrett, Tammy Garrett, Victor E. Garrett III, Serah Garrett, Arbuckle Mountain Development, LLC (AMD) and Arbuckle Wilderness, LLC., the court orders judgment entered for the plaintiff and against the defendants in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure, as to Counts One, Two, Three, Four, Five, Six, Seven, Nine, Ten, Eleven and Twelve.

**IT IS SO ORDERED** this 19th day of November, 2012.

Frank H. Seay
United States District Judge